IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $2,028,163.59 )<br>IN FUNDS SEIZED FROM BANK )<br>ACCOUNT NO. 167108214 AT )<br>BURKE & HERBERT BANK, IN )<br>THE NAME OF WTC2, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 1:15-cv-1670 (AJT/IDD) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 68] of the Magistrate Judge recommending that Plaintiffs Motion for Default Judgment [Doc. No. 66] (the "Motion") be granted and default judgment be entered in favor of Plaintiff United States of America ("Government" or "Plaintiff"). The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that default judgment be entered in favor of Plaintiff against Defendant *in rem*, funds in account #167108214 at Burke & Herbert Bank ("Defendant Property" or "Defendant Funds"), and that declaratory judgment be, and the same hereby is, issued

declaring that Defendant's property, $2,028,163 in funds seized from Bank Account No. 167108214 at Burke & Herbert Bank, in the Name of WTC2, Inc., is hereby **FORFEITED** to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) and 31 U.S.C. § 5317(c)(2), and all right, title and interest of the former owner is now vested in the United States of America; and it is further

ORDERED that Plaintiffs Motion for Default Judgment [Doc. No. 66] be, and the same hereby is, **GRANTED**.

The Clerk is directed to enter judgment in favor of Plaintiff United States of America and against Defendant *in rem*, funds in account #167108214 at Burke & Herbert Bank pursuant to Federal Rule of Civil Procedure 58, and to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 8, 2021